BENJAMIN B. WAGNER
United States Attorney
DAVID A. PETERSEN
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 2:12-mj-00160-CKD |
|---|---|
| Plaintiff, | ) ORDER VACATING BENCH TRIAL AND ) SETTING CHANGE OF PLEA |
| v. | ) |
| NICHLOS BUSBEE, | ) Date: July 16, 2012 ) Time: 9:30 a.m. ) Judge: Hon. Carolyn K. Delaney |
| Defendant. | ) |

It is hereby ordered that the bench trial set for July 16, 2012, is vacated and a change of plea is set for July 19, 2012, at 9:30 a.m.

IT IS SO ORDERED.

Dated: July 12, 2012        /s/ Carolyn K. Delaney
                            HON. CAROLYN K. DELANEY
                            United States Magistrate Judge