1 | DANIEL J. BRODERICK, #89424
Federal Defender
2 | LINDA C. HARTER, CA Bar #179741
Chief Assistant Federal Defender
3 | Designated Counsel for Service
SARAH STAUDT
4 | Certified Student Attorney
801 I Street, 3rd Floor
5 | Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
NICHLOS BUSBEE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:12-mj-00160-CKD |
| Plaintiff, | |
| v. | ORDER GRANTING WAIVER OF APPEARANCE |
| NICHLOS BUSBEE, | |
| Defendant. | Date: July 26, 2012 |
| | Time: 9:30 AM |
| | Judge: Hon. Carolyn K. Delaney |

For good cause, pursuant to Fed.R.Crimp.P. 43(b)(2) the defendant, NICHLOS BUSBEE, will be permitted to waive his personal appearance at his change of plea on July 26, 2012 at 9:30 a.m. before this Court and shall appear telephonically.

///

///

///

IT IS SO ORDERED.

Dated: July 25, 2012

/s/ Carolyn K. Delaney
HON. CAROLYN K. DELANEY
United States Magistrate Judge