BENJAMIN B. WAGNER
United States Attorney
BARBARA A. BORKOWSKI
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
(916) 554-2700
(916) 554-2900 FAX

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:12-mj-00160-CKD |
| Plaintiff, | ) | **STIPULATION AND ORDER TO CONTINUE CONTROL DATE** |
| v. | ) | |
| NICHLOS BUSBEE, | ) | |
| Defendant. | ) | DATE: January 24, 2013<br>TIME: 9:30 a.m.<br>JUDGE: Hon. Carolyn K. Delaney |

The United States and the defendant, by and through their respective undersigned counsel, hereby stipulate and jointly request that the Court vacate the control date set for January 24, 2013 at 9:30 a.m. and reschedule the control date to January 31, 2013 at 9:30 a.m.

///
///
///
///
///
///

Stip. and [Proposed] Order                1

This continuance is requested to allow the defendant additional time to complete his community service hours and to provide proof of completion to the United States.

Dated: January 23, 2013                     Respectfully submitted,

                                            BENJAMIN B. WAGNER
                                            United States Attorney

                                            /s/ Barbara A. Borkowski
                                            BARBARA A. BORKOWSKI
                                            Special Assistant U.S. Attorney

Dated: January 23, 2013                     DANIEL J. BRODERICK
                                            Federal Defender

                                            /s/ Linda Harter
                                            LINDA HARTER
                                            Assistant Federal Defender
                                            (Approved via email)

ORDER

IT IS SO ORDERED.

Dated: 1/23/2013                            /s/Carolyn K. Delaney
                                            HON. CAROLYN K. DELANEY
                                            United States Magistrate Judge